O. Nichols, for appellants. W. G. Peckham, for respondent.

PER CURIAM. Judgment (57 Misc. Rep. 189, 109 N. Y. Supp. 213) affirmed, with costs. Order filed.

HOUGHTON, J., dissents, as to adult tenants in common, on his opinion in Goggin v. Elevated R. Co., 124 App. Div. 644, 109 N. Y. Supp. 83.

---

DANIELSON v. AHEARN. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Conrado Danielson against Jacob Ahearn. No opinion. Motion granted. Settle order on notice.

---

DAPPING, Respondent, v. POST & McCORD, Appellants. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Charles Dapping, Jr., against Post & McCord. G. G. Worden, for appellants. A. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

DARCY, Respondent, v. DANKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by John Darcy against Malcolm I. Danks. No opinion. Judgment and order affirmed, with costs.

---

DAVIS v. FOGARTY. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Amie Davis against William P. Fogarty. No opinion. Motion granted. Order filed.

---

DE COPPET et al., Appellants, v. CONE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by Frederick De Coppet and others against Henry H. Cone and others. H. V. N. Philip, for appellants. E. B. Hill, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

---

DE GOGORZA, Respondent, v. DE GOGORZA, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Elsa De Gogorza against Emilio De Gogorza. N. Johnson, for appellant. B. Loewy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DELAWARE, L. & W. R. CO., Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by the Delaware, Lackawanna & Western Railroad Company against the City of Buffalo and F. G. Ward, as commissioner of public works, etc. No opinion. Order (115 N. Y. Supp. 657) affirmed, with $10 costs and disbursements, on the ground that the court below properly exercised its discretion in holding the injunction until the trial of the case and the development of the facts. See, also, 60 Misc. Rep. 584, 112 N. Y. Supp. 690.

---

DELMAGE, Respondent, v. TIMES SQUARE AUTOMOBILE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Frederick W. Delmage against the Times Square Automobile Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

DEMONG, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by William J. Demong against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

---

DICKEY v. GOLDSCHMIDT. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Celestine A. Dickey against George B. Goldschmidt. No opinion. Motion granted, with $10 costs. Order filed. See, also, 60 Misc. Rep. 258, 111 N. Y. Supp. 1025.

---

DIXON, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Kate Dixon, as administratrix, etc., against the New York, Ontario & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent.

---

DOHERTY, Respondent, v. WEBB, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Charles J. Doherty against Thomas C. Webb. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

DONOVAN v. HARRIMAN. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Appeal from Special Term, New York County. Action by John Donovan against Edward H. Harriman. From an order denying a motion for a further bill of particulars, defendant appeals. Reversed. Francis D. Pollak, for appellant. Henry M. Earle, for respondent.

PER CURIAM. Action to recover $800,000 for services alleged to have been performed by the plaintiff in connection with the affairs of the St. Joseph Railway, Light, Heat & Power Company, a foreign corporation, of which he is now president, and in which it is stated the defendant at one time held a majority of the capital stock. The services are alleged to have been rendered in the state of Missouri between October, 1898, and 1902. The complaint is in the most general terms, and furnishes little or no information as to just what the plaintiff will claim at the trial to establish his cause